UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6154 CR-JORDAN**

IN RE:

FEDERAL GRAND JURY 99-01(FL)

MAGISTRATE JUDGE
BANDSTRA

FILED by _____ D.C.

JUN 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

ORDER TO SEAL

THIS CAUSE having come before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed and shall remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of June, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:
AUSA Paul F. Schwartz