AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ,   FBI S/A JOE CICINI

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

WILLIAM HAWKINS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN

MAGISTRATE JUDGE BANDSTRA

YOU ARE HEREBY COMMANDED to arrest __WILLIAM HAWKINS__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955, 892, 894__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |