COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WILLIAM HAWKINS (J)   CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ - pres   ATTY: Simon Steckel
AGENT: FBI   VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 100,000 CSB w/NEBBIA
BOND HEARING HELD - yes/(no) stip   COUNSEL APPOINTED
BOND SET @ 50,000 10%

SPECIAL CONDITIONS:
1) To be cosigned by: as directed
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Ore tenus motion to unseal granted
Advised of charges - temp cnsl present

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6-28 /11 LSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: 6-28 /11 LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/21/00   Time 11:00   FTL/LSS TAPE #00- 030   Begin: 3920   End:
                                              031-281
                                              re-call 281

Rec'd in MIA Dkt 6/26

40/3