**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | WILLIAM HAWKINS (B) | CASE NO: | 00-6154-CR-~~JORDAN~~ (WPD) |
| AUSA: | PAUL SCHWARTZ  pres | ATTY: | SIMON STECKLE, ESQ.  Not pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE COUNSEL/ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: ____
- ❑ Travel extended to: ____
- ❑ Halfway House ____

*deft was release on bond and picked up on an outstanding warrant by BSO. Counsel/gov't will need to writ him in for arraignment and trial.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-6 | 10 | duty | miami |
| PTD/BOND HEARING: | | | | |
| PRELIM/(ARRAIGN) OR REMOVAL: | 7-6 | 10 | duty | miami |
| STATUS CONFERENCE: | | | | |

DATE: 6/28/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 036   Begin: 817   End: 1832

re-cael 1776