

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6154-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA,

vs.
WILLIAM HAWKINS

<u>ORDER ON HEARING TO</u>
<u>REPORT RE COUNSEL</u>

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____  Private counsel_____
        appeared in open court and is noted as permanent
        counsel of record.

_____  The defendant requested Court appointed counsel, was
        found eligible, and counsel will be appointed by
        separate order.

_____  The defendant requested Court appointed counsel but
        was found ineligible, and shall appear before the
        Court on _____
        at 10:00 a.m. to report regarding his/her further
        efforts to retain counsel, unless counsel notices a
        permanent appearance before that date.

✓  The defendant requested further time to retain
        counsel and shall appear before the Court on
        <u>July 14, 2000</u> at 10:00 a.m. to report
        regarding his/her further efforts to retain counsel,
        unless counsel notices a permanent appearance before
        that date. / Arraignment

**DONE AND ORDERED** at Miami, Florida this \_\_\_\_6th_____ day of
\_\_\_\_JULY_____, 2000.

TAPE NO. 00D-77-800, 920

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA

