REC'D by ___ D.C.
DKTG
JUL 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ___ D.C.
MAG. SEC.
JUL 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

WILLIAM HAWKINS
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : __ON BOND__

Language: __English__

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

                      _____

                      Tel. No:_____

Defense Counsel:    Name : __Simon Steckel__

                      Address: __701 Brickell Ave #3260__
                      __Miami, FL 33131__

                      Tel. No: __373-1900__

Bond Set/Continued:    $50,000 10%

Dated this __14TH__ day of ____JULY____, 2000.

                      CLARENCE MADDOX, CLERK

                      BY KAREN SUSSMANN
                      Deputy Clerk

c: U.S. Attorney PASTOR    TAPE NO. __00C 46__
   Defense Counsel             DIGITAL START NO. __5/5__
   Pretrial Services
   Clerk for Judge