

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.
WILLIAM HAWKINS

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

 

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__ Private counsel _Simon Steckel_ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The arraignment is reset to _____ at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this __14TH__ day of __JULY__, 2000.

TAPE NO. 00C 46-515

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA  PASTOR
   Clerk for Judge