UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.
_____/

**NIGHT BOX FILED**

JUL 2 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL'

## MOTION FOR CONTINUANCE OF TRIAL DATE

The Defendant, WILLIAM HAWKINS, moves for a continuance of the trial date presently scheduled for the two week period beginning August 7, 2000 and as grounds therefor, states as follows:

1. The Defendant was arraigned on July 14, 2000. The Defendant has received a response from the government on the Standing Discovery Order outlining the nature and scope of the evidence it plans to introduce at the trial of this cause. It is vast.

2. The government has stated it is in possession of 133 cassette tape recordings containing approximately 1,000 conversations regarding court authorized wire interceptions. In addition, the government has stated it is in possession of approximately 41 cassette tape recordings corresponding to consensually recorded conversations.



3.  The Defendant has not yet received those tapes and the transcripts of the tapes, but has been advised by the United States Attorney that they had furnished the tapes to the Federal Public Defender. The Federal Public Defender represents one defendant in this cause, and is apparently making arrangements to make copies of the tapes. Undersigned counsel is making arrangements for copies of the transcripts. Thereafter, other defendants will presumably be given the opportunity to make copies of the tapes and transcripts. Because of the enormous volume of tapes and transcripts, this will undoubtedly take some time, and it is not anticipated that undersigned counsel will receive those tapes and transcripts for at least another week. Inasmuch as this trial is scheduled only two to three weeks away, it will be logistically impossible to take all of the steps necessary in such a complex matter involving tapes to obtain discovery and then do what needs to be done for proper preparation. In addition, the Defendant has not yet received the Affidavits supporting the court authorized wire interceptions, nor has he received the actual Orders.

4.  Once the Defendant receives all of those items, counsel will need to listen to those tapes, and the Defendant will need to listen to them. Thereafter, the Defendant will need to analyze and perhaps prepare his own transcripts of those tapes, as well as coordinate the tapes with the conversations of other defendants. An expert may be required to be retained to analyze the tapes and to possibly prepare defense transcripts.

5.  In addition, to the foregoing, the Defendant anticipates the filing of numerous motions after receiving and analyzing the tapes, including such motions as a motion to suppress the wire interceptions, motions for severance, motions to dismiss, and various other motions that cannot be anticipated until after analysis of the tapes and transcripts are completed. The undersigned cannot file any defensive pleadings until all discovery is received and reviewed.

6.  This Motion is filed in good faith and not for purposes of delay.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

4.  The undersigned hereby certifies that he has contacted Assistant United States Attorney Paul Schwartz, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said Motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Continue the trial date in the above styled cause.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL, ESQ.
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Paul Schwartz, Office of the United States Attorney, Fort Lauderdale, Florida on this _21_ day of July, 2000.

By: _____
SIMON T. STECKEL