UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.
_____/



### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's Motion For Continuance of Trial Date [DE-229], and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

All Counsel of Record

