UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.

_____/

FILED by _____ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE having been heard upon Pretrial Services September 5, 2000 Petition For Action on Conditions of Pretrial Release, the Court sets a status conference to determine whether the Defendant's pre-trial release should be revoked or the conditions amended. The hearing is set for Friday, September 8, 2000 at 3:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Simon Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131

Gavin B. Churchill, USPO



M E M O R A N D U M

**U.S. Pretrial Services Office -- Southern District of Florida**

**Ft. Lauderdale**

DATE:    September 5, 2000

TO:      Honorable William P. Dimitrouleas
         U.S. District Court Judge

FROM:    Gavin B. Churchill
         U.S. Pretrial Services Officer

         **Hawkins, William**
         **00-6154-CR-Dimitrouleas**
         **Violation Memorandum**

======================================================================

**PRESENT COURT STATUS:**

The defendant appeared before U.S. Magistrate Judge Lurana S. Snow on June 21, 2000 at which time bond was set at $50,000-10% with the following special conditions:

1) Report to Pretrial Services as directed.
2) Travel restricted to Southern District of Florida.

The defendant was released on bond, reported to our office and he was instructed to report to Pretrial Services once a month, in person and every Wednesday by telephone.

**NATURE OF VIOLATION:**

On August 13, 2000 the defendant was arrested by the Hollywood Police Department for Possession of Cocaine (28 grams or less). The defendant's next court date is pending at this time. Furthermore, the defendant reported the arrest to Pretrial Services in a timely manner.

**SUPERVISION ADJUSTMENT:**

Since release, the defendant has been in compliance with his reporting. No previous violations are noted.

RE: HAWKINS, WILLIAM

**RECOMMENDATION:**

Pretrial Services respectfully recommends a Rule to Show Cause Hearing be scheduled. Enclosed please find a Petition for Pretrial Action for Your Honor's signature.

If Your Honor requests any further action please notify this Officer at (954) 769-5609.

Your Honor will be notified of any further non-compliance.

Respectfully submitted,

Gavin B. Churchill
U.S. Pretrial Services Officer


cc: U.S. Magistrate Judge, Honorable Lurana S. Snow
    AUSA, Paul Schwartz
    Defense Counsel, Simon Steckel
    CUSPSO
    SUSPSO
    File

# United States District Court

for

## SOUTHERN FLORIDA

U.S.A. vs. HAWKINS, WILLIAM            Docket No. 00-6154-CR-DIMITROULEAS

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant WILLIAM HAWKINS who was placed under pretrial release supervision by the Honorable LURANA S. SNOW sitting in the court at FT. LAUDERDALE, on the 21TH day of JUNE, 2000 under the following conditions:

1)    Report to Pretrial Services as directed.
2)    Travel restricted to Southern District of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On August 13, 2000 the defendant was arrested by the Hollywood Police Department for Possession of Cocaine (28 grams or less). The defendant's next court date is pending at this time. Furthermore, the defendant reported the arrest to Pretrial Services in a timely manner.

**PRAYING THAT THE COURT WILL ORDER A RULE TO SHOW CAUSE HEARING.**

ORDER OF COURT

Considered and ordered this ___5___ day of _September 2000_ and ordered filed and made a part of the records in the above case.

Honorable William P. Dimitrouleas
U. S. District Court Judge

Respectfully,

Gavin B. Churchill
U.S. Pretrial Services Officer

Place    FT. LAUDERDALE, FLORIDA

Date    09/05/2000