UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.
_____/

**NIGHT BOX FILED**
SEP - 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### EMERGENCY MOTION FOR CONTINUANCE OF BOND REVOCATION HEARING

The Defendant, WILLIAM HAWKINS, moves for a continuance of the Bond Revocation Hearing presently scheduled for Friday, September 8, 20000 at 3:00 p.m. and as grounds therefor, states as follows:

1. The Defendant is presently out of custody awaiting trial on a 10% personal surety bond.

2. Recently, the Defendant was arrested by local police authorities for simple possession of cocaine in Broward County, Florida. Shortly after becoming aware of the Defendant's arrest, the undersigned notified Mr. Gavin Churchill at Pretrial Services and faxed him a copy of the arrest report. Further, the undersigned requested that Mr. Churchill schedule any bond revocation hearing after Monday, September 11, 2000 as the undersigned would be out of town on a previously scheduled vacation. Mr. Churchill agreed.

3. On or about Wednesday, September 6, 2000, the undersigned became aware that when Mr. Churchill requested that this Honorable Court to schedule a bond revocation hearing, he forgot to advise the Court that the undersigned would be on vacation until Monday, September 11, 2000. Hence, due to this oversight, this



Honorable Court was not made aware of the undersigned's unavailability and scheduled said hearing for this Friday, September 8, 2000.

4. The undersigned would respectfully request that the Defendant's Bond Revocation Hearing be scheduled for Tuesday, September 12, 2000 or as soon thereafter as this Honorable Court's schedule permits. In this way, the undersigned shall have an opportunity to effectively represent the Defendant at his Bond Revocation Hearing.

5. This Motion is filed in good faith and not for purposes of delay.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

6. The undersigned hereby certifies that he has contacted Assistant United States Attorney Paul Schwartz, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said Motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Emergency Motion to Continue the Bond Revocation Hearing from Friday, September 8, 2000 to Tuesday, September 12, 2000 or as soon thereafter as this Honorable Court's schedule permits.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL, ESQ.
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: /s/ Simon T. Steckel
SIMON T. STECKEL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by Fax and mail to: Assistant United States Attorney Paul Schwartz, Office of the United States Attorney, Fort Lauderdale, Florida on this 6th day of September, 2000.

By /s/ Simon T. Steckel
SIMON T. STECKEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.
_____/

### ORDER GRANTING EMERGENCY MOTION FOR CONTINUANCE
### BOND REVOCATION HEARING

THIS CAUSE having come on before this Honorable Court upon Defendant's Motion for Continuance of Trial Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is hereby granted, and

ORDERED AND ADJUDGED that the Bond Revocation Hearing be scheduled for Tuesday, September 12, 2000.

DONE AND ORDERED in Fort Lauderdale, Florida this ____ day of _____, 2000.

                                                _____
                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT COURT JUDGE

cc:    counsel of record