UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM HAWKINS,

    Defendant.

_____/

FILED by _____ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING EMERGENCY MOTION FOR CONTINUANCE
### BOND REVOCATION HEARING

THIS CAUSE having come on before this Honorable Court upon Defendant's Motion for Continuance of Trial Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is hereby granted, and

ORDERED AND ADJUDGED that the Bond Revocation Hearing be scheduled for Tuesday, September 12, 2000, at 1:00 P.M.

DONE AND ORDERED in Fort Lauderdale, Florida this 7 day of _____, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:   counsel of record

PTSO - Gavin Churchill
Paul Schwartz, AUSA
Simon Steckel