## CRIMINAL MINUTES

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD   DATE: September 12, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   William Hawkins

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: _____

REASON FOR HEARING: Status Conference on

RESULT OF HEARING: pre-trial Release.

Court adopts recommendation of parties
and modifies conditions so that deft
is on house arrest.
Order to be prepared.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____