(8/88)

# United States District Court

for

## SOUTHERN FLORIDA

U.S.A. vs. HAWKINS, WILLIAM                    Docket No. 00-6154-CR-DIMITROULEAS

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant WILLIAM HAWKINS who was placed under pretrial release supervision by the Honorable LURANA S. SNOW sitting in the court at FT. LAUDERDALE, on the 21TH day of JUNE, 2000 under the following conditions:

1)   Report to Pretrial Services as directed.
2)   Travel restricted to Southern District of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On August 13, 2000 the defendant was arrested by the Hollywood Police Department for Possession of Cocaine (28 grams or less). The defendant's next court date is pending at this time. Furthermore, the defendant reported the arrest to Pretrial Services in a timely manner.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S BOND TO INCLUDE ELECTRONIC MONITORING (AT THE DEFENDANT'S EXPENSE) AND DRUG TESTING AND TREATMENT ASL DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this ___15___ day of ___Sept___, 2000 and ordered filed and made a part of the records in the above case.

Honorable William P. Dimitrouleas
U. S. District Court Judge

Respectfully,

Gavin B. Churchill
U.S. Pretrial Services Officer

Place    FT. LAUDERDALE, FLORIDA

Date    09/12/2000

**M E M O R A N D U M**

**U.S. Pretrial Services Office -- Southern District of Florida**

**Ft. Lauderdale**

DATE:     September 12, 2000

TO:       Honorable William P. Dimitrouleas
          U.S. District Court Judge

FROM:     Gavin B. Churchill
          U.S. Pretrial Services Officer

          **Hawkins, William**
          **00-6154-CR-Dimitrouleas**
          **Bond Modification**

================================================================

Pursuant to Your Honor's order on September 12, 2000, that the defendant's bond be modified to include electronic monitoring (to be paid by the defendant) & drug testing and treatment as directed by Pretrial Services, enclosed please find a Petition for Pretrial Action for Your Honor's signature.

If Your Honor requests any further action please notify this Officer at (954) 769-5609.

Respectfully submitted,

Gavin B. Churchill
U.S. Pretrial Services Officer

cc:   AUSA, Paul Schwartz
      Defense Counsel, Simon Steckel
      CUSPSO
      SUSPSO
      File

HONORABLE WILLIAM P. DIMITROULEAS
JUDGE, U.S. DISTRICT COURT