**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    William Hawkins

U.S. ATTORNEY: _____    DEFT. COUNSEL: Denise Stocker

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to Enter Guilty plea to Count 1. Gov't agrees to dismiss Counts 2-3-4 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 1/12/01    TIME: 11:00    FOR: Sentencing

MISC: Written plea agreement filed.