## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154 CR-WPD     DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Ed Rosley     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     William Hawkins

U.S. ATTORNEY: Paul Schwartz     DEFT. COUNSEL: Simon Steckel

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed.
5 years probation with the first 180 days spent in home confinement w/ electronic monitoring @ dft's expense. 50 hours per year of plus Community service. $100.00 assessment. No fine.

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: 5K1 motion filed & granted.
Deft Informed of Right to Appeal.