UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

WILLIAM C. HAWKINS,

Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's pro se January 18, 2001, Request For

Return Of Bond Money, the Court defers ruling for five (5) days to await a response from the

Government or Defense Counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of January, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

William Hawkins
716 Atlantic Shores Boulevard
Hallandale, FL 33009

Paul Schwartz, AUSA

Simon Steckel, Esquire
701 Brickell Avenue, #3260
Miami, FL 33131