UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM HAWKINS,

        Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT HAWKINS'S REQUEST FOR RETURN OF BOND MONEY

Comes now the United States of America by and through undersigned counsel and respectfully responds to defendant's request for return of bond money as follows:

1. The government has no objection to defendant's request for return of bond money.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
     PAUL F. SCHWARTZ
     ASSISTANT UNITED STATES ATTORNEY
     Court ID #: A5500086
     500 E. Broward Blvd., 7th Floor
     Fort Lauderdale, Florida 33394
     Telephone: (954) 356-7392
     Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___3/___ day of January 31, 2001.

Simon T. Steckel, Esquire
701 Brickell Ave., Suite 3260
Miami, FL 33131

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY