UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

WILLIAM C. HAWKINS,

    Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's pro se January 18, 2001, Request For

Return Of Bond Money, the Court having received a response from the Government [DE-579],

said request is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of February, 2001.

                        WILLIAM P. DIMITROULEAS
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

William Hawkins
716 Atlantic Shores Boulevard
Hallandale, FL 33009

Paul Schwartz, AUSA

Simon Steckel, Esquire
701 Brickell Avenue, #3260
Miami, FL 33131

