# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: William Hawkins      Case Number: 00-06154-CR-009

Name of Sentencing Judicial Officer: Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 12, 2001

Original Offense:    Conspiracy to Violate RICO Statute, 18 USC § 1962(d).

Original Sentence:    Five (5) years probation, with special conditions: 1. Participate in the Home Detention Electronic Monitoring Program for a period of 180 days. 2. Participate in an approved treatment program for alcohol/substance abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The probationer will contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. 3. Defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office. 4. Defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer. 5. Defendant shall perform 50 hours of community service over the period of supervision, as directed by the United States Probation Officer.

Type of Supervision: Probation      Date Supervision Commenced: January 12, 2001

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:



The defendant shall reside and participate in a Community Corrections Center for a period not to exceed 120 days, or until otherwise released at the direction of the United States Probation Officer.

## CAUSE

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about April 17, 2001, April 27, 2001, the probationer submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Inc.

Respectfully submitted,

by  *[signature]*

Gidget O. Mitchell  
U.S. Probation Officer  
Phone: 954-769-5584  
Date: May 8, 2001

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[ ] The Modification of Conditions as Noted Above  
[X] Submit a Request for X Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

May 14, 2001  
Date