PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64370

# United States District Court

**for**

**SOUTHERN DISTRICT OF FLORIDA**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: William Hawkins          Case Number: 00-06154-CR-009

Name of Sentencing Judicial Officer: Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 12, 2001

Original Offense:   Conspiracy to Violate RICO Statute, 18 U.S.C. §1962 (d)

Original Sentence:  Five (5) years probation, with special conditions: 1) Participate in the Home Detention Electronic Monitoring Program for a period of 180 days.
2) Participate in an approved treatemtn program for alcohol/substance abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The probationer will contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment. 3) Defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statement, and any other documents requested by the U.S. Probation Office. 4) Defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer. 5) Defendant shall perform 50 hours of community service over the period of supervision, as directed by the United States Probation Officer.

Type of Supervision: Probation          Date Supervision Commenced: January 12, 2001

Assistant U.S. Attorney: Paul Schwartz          Defense Attorney: Simon T. Steckel
500 East Broward Blvd., 7th Floor               701 Brickell Avenue, Suite 3260
Fort Lauderdale, FL 33301                        Miami, FL 33131

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64370

supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance. On or about April 17, 2001, April 27, 2001, the probationer submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Inc. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[ ]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by   *Gidget O. Mitchell*
U.S. Probation Officer
Phone: (954) 769-5584
Date: June 4, 2001

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

Date