# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs William Hawkins

Docket No. 00-06154-009
SD/FL PACTS No. 64370

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER LAW ENFORCEMENT OFFICE

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| William Hawkins | Male | White | 46 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1950 S. Ocean Dr., #2B, Hallandale, FL 33009 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court | January 12, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, SD/FL - Ft. Lauderdale |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | 6/12/01 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** | | |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |

| NAME | (BY) | DATE |
|---|---|---|
| | | |

Certified to be a true and correct copy of the document on file

_____ District of _____

J. S. District Court

Deputy

Date 6/12/01

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."