# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ____ D.C.
JUL 23 2001

| | | | |
|---|---|---|---|
| DEFT: | WILLIAM HAWKINS (surrender) | CASE NO: | 00-6154-CR-DIMITROULEAS |
| AUSA: | PAUL SCHWARTZ / Powell | ATTY: | SIMON STECKEL, ESQ. |
| AGENT: | USPO GIDGET MITCHELL | VIOL: | PROBATION VIOLATION |
| PROCEEDING: | I/A ON VIOALTION | RECOMMENDED BOND: | 50,000 PSB |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: 50,000 PSB | | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
Will retain Simon
Steckel
follow all lawful
instructions of
USPO

final hrg to be
set before Judge
Dimitrouleas

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7/23/01    TIME: 2:00    FTL/LSS TAPE # 01 - 036    Begin: 2029    End: 2218