FILED by _____ D.C.

JUL 2 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55367-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-CR-6154-WPD
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )   ACTION
                          )
WILLIAM C. HAWKINS        )
        Defendant

***********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
***********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1) Date and Time of Arrest: 7-23-01        am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PROBATION

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 6-11-55

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-23-01  (9) Arresting Officer: SLF SURR
(10) Agency: USP           (11) Phone: _____
(12) Comments: _____