UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6154-CR-DIMITROULEAS

WILLIAM HAWKINS

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**August 22, 2001 AT 1:00 P.M.**

TYPE OF HEARING: Hearing on Probation Violation/Sentencing

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 18, 2001

cc:  Paul Schwartz, AUSA
     Simon Steckle, Esq.
     Gidget Mitchell, USPO