**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD   DATE: August 22, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Gidget Mitchell    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   William Hawkins

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Susan Steckle

REASON FOR HEARING: Final Revocation of Probation

RESULT OF HEARING: Violation.

Deft admits allegations. Court adjudicates the deft Guilty. Probation is Revoked. Deft sentenced to 4 months BOP. The Court recommends that the deft receive drug, alcohol & mental health treatment while in prison. Deft Remanded to Custody.

CASE CONTINUED TO: _____  TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.