UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

WILLIAM HAWKINS
SS# 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
DOB: 06/11/1955

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 22nd day of August, 2001 for final hearing for the revocation of the defendant's Probation.

On the 12th day of January, 2001, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 4 Months. The Court recommends that the defendant receive drug/alcohol and mental health treatment while in prison.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 22nd day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Paul Schwartz, AUSA
Simon Steckle, Esq.
U.S. Probation Office
U.S. Marshal  (3 certified)